UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-53691-wsd |
| Natasha M. Black (xxx-xx-6648) | ) | |
| 22027 Pickford. St. | ) | Chapter 7 |
| Detroit, MI 48219 | ) | |
| Debtor | ) | Hon. Walter Shapero |

**STIPULATED ORDER RESOLVING DEBTOR'S MOTION FOR SANCTIONS AGAINST SANTANDER CONSUMER USA FOR VIOLATION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(a)**

     Debtor, and Creditor Santander Consumer USA hereby stipulate to the entry of an order resolving Debtor's Motion for Sanctions Against Santander Consumer USA for Violation of the Automatic Stay Under 11 U.S.C. § 362 in the form of the proposed Order attached hereto:

Respectfully Submitted,

| | |
|---|---|
| */s/ Brian A. Rookard* | */s/ Nathan Petrusak* |
| Edward J. Gudeman (P-14454) | Craig S. Schoenherr, Sr. (P-32254) |
| Brian A. Rookard (P-69836) | Nathan Petrusak (P-75359) |
| Katherine Shinn (P-67789) | O'Reilly Rancilio, P.C. |
| Gudeman & Associates | Attorneys for Creditor, Santander Consumer, USA |
| Attorneys for Debtor | Sterling Town Center |
| 1026 W. Eleven Mile Rd. | 12900 Hall Road, Ste. 350 |
| Royal Oak, MI 48067 | Sterling Heights, MI 48313 |
| Ph.: (248) 546-2800 | petrun@orlaw.com |
| brookard@gudemanlaw.com | |

Dated: September 11, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-53691-wsd |
| Natasha M. Black (xxx-xx-6648) | ) | |
| 22027 Pickford. St. | ) | Chapter 7 |
| Detroit, MI 48219 | ) | |
| Debtor | ) | Hon. Walter Shapero |

### ORDER RESOLVING DEBTOR'S MOTION FOR SANCTIONS AGAINST SANTANDER CONSUMER USA FOR VIOLATION OF THE AUTOMATIC STAY UNDER 11 USC § 362(a)

This matter having come before the Court upon Debtor's motion for sanctions against Santander Consumer USA for violation of the automatic stay under 11 U.S.C. § 362(a), all interested parties having been served with notice of the motion, Santander Consumer USA Inc. having filed a response to said Motion, and upon the stipulation of the Debtor and Creditor Santander Consumer USA Inc.:

IT IS ORDERED that Santander Consumer USA Inc. shall allow the Debtor to recover her 2007 Toyota RAV4 and any other property or personal belongings that were in the vehicle at the time of repossession, which are located at Manheim Detroit, 600 Will Carleton Rd. Carleton, MI 48117 and Signature Recovery Service Inc., 35760 Van Born Rd., Wayne, MI 48184, respectively.

IT IS FURTHER ORDERED that the Debtor shall not be required to pay any fees or costs of storage for the repossession or storage of the vehicle and that any such charges assessed shall be borne by Santander Consumer USA Inc. from August 25, 2014 to September 19, 2014. The Debtor shall be responsible for any fees or cost of storage for the repossession accruing after September 19, 2014.

IT IS FURTHER ORDERED that no costs or attorney fees are assessed against Santander Consumer USA Inc. and that each party shall bear its own attorney fees and costs, and Santander Consumer USA Inc. shall not seek to recover any attorney fees or costs from the Debtor that relate to the repossession of the vehicle, except as provided for above, or to defense of this Motion for Sanctions.