UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    NATASHA M. BLACK                                  CASE NO. 14-53691-WSD
                                                                      CHAPTER 13
                                                                      HONORABLE WALTER SHAPERO

    DEBTOR.
_____/
EDWARD J. GUDEMAN
Attorney for Debtor
1026 W. Eleven Mile Road
Royal Oak, MI 48067
(248) 546-2800
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    Santander Consumer USA Inc., Creditor, for its objection to the confirmation of the Debtor's proposed plan, states as follows:

    1.    The Creditor has perfected its security interest in the 2007 Toyota Rav 4 bearing vehicle identification number JTMZK31V776004437.

    2.    The gross outstanding indebtedness owing to Creditor under the terms of the Retail Instalment Sales Contract at the time of filing of the Bankruptcy was $17,812.46.

    3.    The Plan states a value of $11,300.00 with monthly payments of $328.50, to be paid with interest at 5%.

4. This vehicle was purchased within 910 days prior to the petition date. Therefore, Santander Consumer USA Inc. is entitled to its full outstanding balance pursuant to 11 U.S.C. § 1325(a)(9).

5. Pursuant to In re: Till, Creditor requests an interest rate of 5.25%, which represents a prime rate with a 2% risk factor.

6. The Creditor requests proof of full-coverage insurance.

7. The Creditor objects to Section III.B.1.b. which provides for the Trustee to withhold monies for disbursement for attorney fees up to the sum of $3,000.00.

8. Payment of attorney fees as a lump sum will delay payments to Creditor in violation of the equal monthly payment requirement of 11 U.S.C.§ 1325(a)(5)(B)(iii).

9. The Plan fails to provide for appropriate equal monthly payments beginning from confirmation as required by 11 U.S.C. § 1325(a)(5)(B)(iii).

In conclusion, the Creditor requests that this Court grant the relief requested and not confirm the proposed Plan until these objections are resolved.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: November 4, 2014